

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: ) | SECTION 347 (a) UNCLAIMED |
| ) | PROPERTY REPORT |
| Various debtors-- ) | |
| See attached listing ) | |
| ) | |

    Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

    Unclaimed funds in the amount of **$2,985.55** paid to the above-entitled Court.

Dated this 25th day of February, 2016

Michael G. Malaier,
Chapter 13 Trustee
WSBA #34729

Section 347(a)
Unclaimed Property Report

Unclaimed funds February 25, 2016

| Case Number | DEBTOR | CREDITOR | CHECK # | AMOUNT |
|---|---|---|---|---|
| 10-48971 | Dennis Robert Boring<br>PO Box 115<br>17203 15th Ave E<br>Spanaway WA 98387 | Debtor Refund<br>Case Dismissed | 608496 | 15.72 |
| 12-41900 | Joel Johnan England<br>3309 380th St S<br>Roy WA 98580 | Debtor Refund<br>Case Completed | 608497 | 32.08 |
| 10-48831 | Keith & Melanie Reid Erickson<br>108 Weaver St NE<br>Orting WA 98360 | Debtor Refund<br>Case Completed | 608498 | 766.31 |
| 14-44032 | Wayne Eugene Hayes<br>7043 Tolmie Dr NE<br>Olympia WA 98516 | Debtor Refund<br>Case Dismissed | 608499 | 15.72 |
| 13-41726 | Dawn M Hilzer<br>372 Flynn Dr<br>Silver Creek WA 98585 | Debtor Refund<br>Case Dismissed | 608500 | 15.72 |
| 12-47492 | John William Spaven<br>10418 97th St SW<br>Lakewood WA 98498 | Debtor Refund<br>Case Completed | 608501 | 2.80 |
| 14-43224 | Michael David Townsend<br>910 E 34th St<br>Tacoma WA 98404 | Debtor Refund<br>Case Dismissed | 608502 | 15.72 |
| 10-45923 | Adam Yusis<br>3625 S. G Street<br>Tacoma WA 98418 | Debtor Refund<br>Case Completed | 608503 | 2,120.41 |
| 10-48752 | Charles & Margaret S Zadak<br>14917 SE Sun Park Ct<br>Vancouver WA 98683 | Debtor Refund<br>Case Completed | 608504 | 1.07 |
| | | | | 2,985.55 |